John Shaeffer (State Bar No. 138331)
jshaeffer@lathropgage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, CA  90067
Telephone:  (310) 784-4600
Fax:  (310) 784-4601

David Barnard (admitted *pro hac vice*)
dbarnard@lathropgage.com
LATHROP & GAGE LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108
Telephone: (816) 292-2000
Fax:  (816) 292-2001

Attorneys for Plaintiff
ASC PROFILES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO OFFICE

| | |
|---|---|
| ASC PROFILES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FABRAL, INC., a Delaware corporation<br><br>Defendant. | CASE NO. 2:11-cv-01010-JAM-DAD<br><br>**JOINT STIPULATION AND ORDER TO CONTINUE THE DEADLINE TO FILE JOINT STATUS REPORT FOR ONE DAY TO JULY 12, 2011**<br><br>Hon. John A. Mendez |

PDF created with pdfFactory trial version www.pdffactory.com

1  WHEREAS, plaintiff ASC Profiles, Inc. filed this action on April 15, 2011;

2  WHEREAS, upon the filing of the complaint, this Court issued its Order
3  requiring the parties file a Joint Status Report within 60 days of service of the
4  complaint and summons (Dkt. #5);

5  WHEREAS, defendant Fabral, Inc. was served on May 9, 2011 with the
6  summons and complaint, making the deadline to file a Joint Status Report Monday,
7  July 11, 2011;

8  WHEREAS, pursuant to the Court's Order, the parties conducted their Federal
9  Rule of Civil Procedure 26(f) conference on July 7, 2011, and have begun exchanging
10 drafts of the joint status report based on that conference;

11 WHEREAS, both parties have counsel in several states and the parties are
12 working diligently with all counsel to finalize the joint status report with all counsel's
13 input;

14 THEREFORE, the parties stipulate, by and through their counsel of record, to
15 continue the deadline to file the joint status report for one (1) business day up to and
16 including Tuesday, July 12, 2011 to allow all counsel to provide input into the joint
17 status report.

20 DATED:  July 7, 2011           LATHROP & GAGE LLP

                                By:/s/ David Barnard (as authorized on 7/7/11)
                                   David Barnard
                                   Attorneys for Plaintiff
                                   ASC PROFILES, INC.

PDF created with pdfFactory trial version www.pdffactory.com

DATED: July 8, 2011	ALSTON & BIRD LLP


By: /s/ Cassandra Hooks (as authorized on 7/8/11)
    Cassandra Hooks
    Attorneys for Defendant
    FABRAL, INC.


**IT IS SO ORDERED.**


DATED: 7/8/2011	/s/ John A. Mendez
    Hon. John A. Mendez
    United States District Judge