UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ASC PROFILES, INC., a Delaware Corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>FABRAL, INC., a Delaware Corporation,<br><br>         Defendant. | Case No. 2:11-CV-01010-JAM-DAD<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS AND MOTION FOR A MORE DEFINITE STATEMENT |

This matter comes before the Court on Defendant Fabral, Inc.'s ("Defendant") Motion to Dismiss, in part, and Motion for a More Definite Statement (Doc. #10). Plaintiff ASC Profiles, Inc. ("Plaintiff") timely filed a statement of non-opposition (Doc. #21), in accordance with Local Rule 230(c), and clarified the scope of Count III of its Complaint (Doc. #2).[1]

After carefully considering the papers submitted in this matter, it is hereby ordered that Defendant's Motion to Dismiss, in

---

[1] This motion was determined to be suitable for decision without oral argument. E.D. Cal. L.R. 230(g). The hearing was originally scheduled for August 17, 2011.

1

part, and Motion for a More Definite Statement is GRANTED, as follows:

    1.   Plaintiff's claims in Count III for trademark infringement under Alaska Stat. § 45.50.180, Cal. Bus. & Prof. Code § 14245, O.C.G.A. § 10-1-451(a), and Mass. Gen. Laws Ann. 110H § 12 are dismissed with prejudice;

    2.   Plaintiff's claims in Count III for trademark dilution under the Alaska Stat. § 45.50.180 and Conn. Gen. Stat. Ann. § 35-11i(c) are dismissed with prejudice;

    3.   Plaintiff's prayer for profits and damages in Count III under Del. Code Ann. Title 6 § 3313, La. Rev. Stat. Ann. § 51:223.1, Me. Rev. Stat. Ann. 10 § 1530, Mo. Ann. Stat. § 417.06(1), N.H. Rev. Stat. § 350-A:12, N.Y. Gen. Bus. Law § 360-*l*, R.I. Gen. Laws 6-2-12, and Tex. Bus. & Com. Code Ann. § 16.29 are dismissed with prejudice;

    4.   Plaintiff's claim under "Count V" for dilution under the common law of California is dismissed with prejudice; and

    5.   Plaintiff's claims under Count III are only asserted under the state statutes listed in paragraph 37 of its Complaint.

    IT IS SO ORDERED.

Dated: August 29, 2011

_____
JOHN A. MENDEZ,
UNITED STATES DISTRICT JUDGE