1
2
3
4
5
6
7
8
9
10

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO OFFICE**

| | |
|---|---|
| ASC PROFILES, INC., a Delaware corporation, | Case No.: 2:11-CV-01010 JAM (DAD) |
| Plaintiff, | **ORDER GRANTING CONSENT MOTION TO EXTEND TIME FOR DEFENDANT FABRAL, INC. TO ANSWER PLAINTIFF'S COMPLAINT** |
| v. | |
| FABRAL, INC., a Delaware corporation, | |
| Defendant. | Honorable John A. Mendez |
| | Complaint Filed: April 15, 2011 |

After considering the papers submitted by the Fabral in support of its Consent Motion to Extend Time for Defendant Fabral, Inc. to Answer Plaintiff's Complaint, the evidence contained therein, having heard the argument of counsel thereon, and for good cause shown,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED as follows:

The deadline for Fabral to answer ASC's Complaint is extended through and until October 21, 2011.

IT IS SO ORDERED.

DATED: October 11, 2011.           /s/ John A. Mendez
                                   UNITED STATES DISTRICT JUDGE

DATED: October 7, 2011             Respectfully submitted,

                                   CASSANDRA HOOKS
                                   DAVID J. STEWART
                                   JESSICA E. LEWIS
                                   **ALSTON & BIRD LLP**

                                   /s/ Cassandra Hooks
                                   Cassandra Hooks
                                   Attorney for Defendant FABRAL, INC.