John Shaeffer (State Bar No. 138331)
jshaeffer@lathropgage.com
LATHROP & GAGE LLP
1888 Century Park East, Suite 1000
Los Angeles, CA  90067
Telephone:  (310) 784-4600
Fax:  (310) 784-4601

David Barnard (admitted *pro hac vice*)
dbarnard@lathropgage.com
LATHROP & GAGE LLP
2345 Grand Blvd., Suite 2200
Kansas City, MO 64108
Telephone: (816) 292-2000
Fax:  (816) 292-2001

Attorneys for Plaintiff
ASC PROFILES, INC.

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
### SACRAMENTO OFFICE

| | |
|---|---|
| ASC PROFILES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>FABRAL, INC., a Delaware corporation<br><br>Defendant. | CASE NO. 2:11-cv-01010-JAM-DAD<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Hon. John A. Mendez |

PDF created with pdfFactory trial version www.pdffactory.com

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OR RECORD:

Pursuant to Federal Rule of Civil Procedure 41(a), plaintiff ASC Profiles, Inc. and defendant Fabral, Inc. hereby stipulate to the dismissal with prejudice of this action in its entirety with each party to bear its own costs, expenses and attorneys' fees.

DATED:  November 18, 2011         LATHROP & GAGE LLP


By:         /s/ John Shaeffer, Esquire
    John Shaeffer
    Attorneys for Plaintiff
    ASC PROFILES, INC.

DATED:  November 18, 2011         ALSTON & BIRD LLP


By:/s/ Jessica Lewis (as authorized on 11/16/11)
    Jessica Lewis (admitted *pro hac vice*)
    Attorneys for Defendant
    FABRAL, INC.

**IT IS SO ORDERED**.

DATED:  11/18/2011                /s/ John A. Mendez
                                  Hon. John A. Mendez
                                  United States District Court Judge

---

STIPULATION OF DIMISSAL WITH PREJUDICE                CASE NO. 2:11-CV-01010-JAM-DAD

PDF created with pdfFactory trial version www.pdffactory.com